UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
                              :
CHLOE SAS,                    :
                              :
                 Plaintiff,   :     07 CV 8861 (CSH)(MHD)
                              :
         -against-            :     STIPULATED REQUEST
                              :     TO LIFT SEAL
MELISSA WAGNER, et al.,       :
                              :
                 Defendants.  :
                              :
------------------------------x

IT IS HEREBY STIPULATED THAT:

     1.    Plaintiff Chloé SAS and Defendant Melissa Wagner have entered into a Consent Judgment filed concurrently herewith.

     2.    On October 15, 2007, the court entered an order temporarily sealing the record.

     3.    At this time all of the parties to this action hereby request that the seal on this action be lifted.

Dated: New York, New York
       June 2, 2008

VANDENBERG & FELIU, LLP                HOWREY LLP

By: _____                  By: _____
Ray Beckerman (RB8783)                 Susan M. Kayser (*pro hac vice*)
Attorneys for Defendant iOffer, Inc.   Attorneys for Plaintiff, Chloé SAS
110 East 42 Street                     153 East 53 Street (54th Fl.)
New York, NY 10017                     New York, NY 10022
(212) 763-6800                         (212) 896-6500

*So ordered.*
[signature] /s/ CSH
6/10/08
U.S.D.J.
Part I

DM_US:21261875_1

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 06-10-08]

By: _____
    Melissa Wagner

MELISSA WAGNER-JNAGURI
1821 Boxwood Court
Hidden Valley Lake, CA 95467
Phone: (707) 350-1137
Appearing Pro Se

SO ORDERED

_____
Charles S. Haight
U.S. District Judge