UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CHLOE SAS,                                              07 CV 8861 (CSH)(MHD)

       Plaintiff,

   -against-

MELISSA WAGNER et al.,                          **NOTICE OF APPEARANCE**

       Defendants.
-----------------------------------------------------------x

       **PLEASE TAKE NOTICE** the undersigned hereby appear as attorneys for

defendant iOffer, Inc.

Dated: New York, New York
       June 16, 2008

                            **VANDENBERG & FELIU, LLP**
                                      /s/
                        By:_____
                        Ray Beckerman
                        Attorneys for defendant iOffer Inc.
                        110 East 42 Street
                        New York, NY 10017
                        (212) 763-6800