UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
CHLOE SAS,

              Plaintiff,

   -against-

MELISSA WAGNER, et al.,

             Defendants.
----------------------------------x

07 CV 8861 (CSH)(MHD)

STIPULATION

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #
DATE FILED: 06-10-08

IT IS HEREBY STIPULATED THAT:

1. The application for preliminary injunction against defendant iOffer, Inc. ("iOffer") is adjourned from March 24, 2008 to June 30, 2008 at 10:00 A.M., or such subsequent date and time as may be fixed by the Court (the "return date"), and the temporary restraining order set forth in the October 25, 2007 Stipulation is hereby continued to and including the return date and pending further application by either party and order of the Court.

2. The October 25, 2007 Stipulation otherwise continues in full force and effect.

Dated: New York, New York
       March 20, 2008

VANDENBERG & FELIU, LLP

By: _____
Ray Beckerman (RB8783)
Attorneys for Defendant iOffer, Inc.
110 East 42 Street
New York, NY 10017
(212) 763-6800

HOWREY LLP

By: _____
Susan M. Kayser (*pro hac vice*)
Attorneys for Plaintiff, Chloé SAS
153 East 53 Street (54th Fl)
New York, NY 10022
(212) 896-6500

SO ORDERED: 5/24/08

_____
Charles S. Haight
U. S. District Judge

DM_US:21093463_1