UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
                                        :
CHLOÉ SAS,                              :   07 Civ. 8861 (CSH/MHD)
                                        :
         Plaintiff,                     :   STIPULATION AND
                                        :   ORDER
    -against-                           :
                                        :
MELISSA WAGNER d/b/a "NAPAGIRL,"        :
JOHN DOES I-V and iOFFER, INC.,         :
                                        :
         Defendants.                    :
                                        :
---------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DATE FILED: 06-10-08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Chloé SAS and Defendant Melissa Wagner d/b/a "Napagirl" that the hearing on plaintiff's entitlement to a preliminary injunction as against defendant Wagner and to resolve any matters arising out of the seizure authorized by *Ex Parte* Order Granting Temporary Restraining Order and Seizure entered on October 15, 2007 presently scheduled for February 28, 2008 will be adjourned to April 21, 2008 or such subsequent date as may be fixed by the Court. The parties seek this extension to facilitate additional settlement discussions. The parties further stipulate that the Temporary Restraining Order entered on October 15, 2007 shall be extended until April 21, 2008 or to a later date set by this Court and that pursuant to §§ 34(d)(8) and 34(d)(10), 15 U.S.C. §§ 1116(d)(8) and 1116(d)(10), respectively, this matter shall remain under seal until April 21, 2008.

DM_US:21042475_1

Dated: February 26, 2008

By: _____
James G. McCarney

Amory W. Donelly
HOWREY LLP
153 East 53rd Street, Floor 54
New York, NY 10022
Phone: (212) 896-6500
Fax: (212) 896-6501

Susan M. Kayser (*pro hac vice*)
Alan S. Cooper (*pro hac vice*)
David M. Jaquette (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 783-0800
Fax: (202) 383-6610

*Attorneys for Plaintiff*

Dated: February ___, 2008

By: _____
Melissa Wagner

MELISSA WAGNER d/b/a "NAPAGIRL"
18221 Boxwood Court
Hidden Valley Lake, CA 95467
Phone: (707) 349 - 9177

*Appearing Pro Se*

SO ORDERED: 02/29/08

_____
The Honorable Charles S. Haight
United States District Court Judge

DM_US:21042475_1