UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

CHLOÉ SAS,

    Plaintiff,

-against-

MELISSA WAGNER d/b/a "NAPAGIRL,"
JOHN DOES I-V and iOFFER, INC.,

    Defendants.

--------------------------------------------------------------x

07 Civ. 8861 (CSH/MHD)

STIPULATION AND
~~ORDER~~

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for Plaintiff Chloé SAS and Defendant Melissa Wagner d/b/a "Napagirl" that the hearing on plaintiff's entitlement to a preliminary injunction as against defendant Wagner and to resolve any matters airings out of the seizure authorized by *Ex Parte* Order Granting Temporary Restraining Order and Seizure entered on October 15, 2007 presently scheduled for January 28, 2008 will be adjourned to February 28, 2008 or such subsequent date as may be fixed by the Court. The parties further stipulate that the Temporary Restraining Order entered on October 15, 2007 shall be extended until February 28, 2008 or to a later date set by this Court and that pursuant to §§ 34(d)(8) and 34(d)(10), 15 U.S.C. §§ 1116(d)(8) and 1116(d)(10), respectively, this matter shall remain under seal until February 28, 2008.

DM_US:20976434_1

Dated: January 28 2008                          Dated: January __, 2008

By: *Amory W. Donelly*                          By: *Melissa Wagner*
    James G. McCarney                               Melissa Wagner

Amory W. Donelly                                MELISSA WAGNER d/b/a "NAPAGIRL"
HOWREY LLP                                      18221 Boxwood Court
153 East 53rd Street, Floor 54                  Hidden Valley Lake, CA 95467
New York, NY 10022                              Phone: (707) 349 - 9177
Phone: (212) 896-6500
Fax: (212) 896-6501                             *Appearing Pro Se*

Susan M. Kayser (*pro hac vice*)
Alan S. Cooper (*pro hac vice*)
David M. Jaquette (*pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
Phone: (202) 783-0800
Fax: (202) 383-6610

*Attorneys for Plaintiff*

01/29/08

SO ORDERED.

The Honorable Charles S. Haight
United States District Court Judge

DM_US:20976434_1