NOV. 9. 2007 5:03PM    HOWREY LLP                    NO. 354  P.
11/09/2007  14:28   7079945326      ATTORNEYS RNT US        NO. 5581  P. 3   PAGE 02/03
NOV. 9. 2007 10:19AM

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

CHLOÉ SAS                           : Civil Action No. 07 CIV 8861
                                    :
                 Plaintiff          : [Under Seal]
                                    :
        vs.                         : STIPULATION FURTHER
                                    : EXTENDING TEMPORARY
                                    : RESTRAINING ORDER
MELISSA WAGNER d/b/a "NAPAGIRL,"    : AS AGAINST DEFENDANT
JOHN DOES I-V and iOFFER, INC.      : MELISSA WAGNER
                                    :
                 Defendants         :
                                    :
------------------------------------x

Plaintiff Chloé SAS, through its undersigned counsel, and Defendant Melissa Wagner d/b/a "Napagirl" hereby stipulate that the Temporary Restraining Order entered against Defendant Wagner on October 15, 2007, shall be further extended until January 28, 2008, or to a later date set by this Court, for the hearing on Plaintiff's entitlement to a preliminary injunction as against Defendant Wagner and to resolve any matters arising out of the seizure authorized by the *Ex Parte* Order Granting Temporary Restraining Order and Seizure entered on October 15, 2007. The parties further stipulate that pursuant to §§ 34(d)(8) and 34(d)(10), 15 U.S.C. §§ 1116(d)(8) and 1116(d)(10), respectively, this matter shall remain under seal until January 28, 2008.

DM_US:20860810_1

Respectfully submitted,

HOWREY LLP

Dated: November 9, 2007

By: _____
James G. McCarney
Amory W. Donelly
Howrey LLP
Citigroup Center
153 E. 53rd Street, 54th Floor
New York, New York 10022
(212) 896-6500
Fax (212) 896-6501

and

Susan M. Kayser (*pro hac vice*)
Alan S. Cooper (*pro hac vice*)
David M. Jaquette (*pro hac vice*)
Howrey LLP
1299 Pennsylvania Avenue, N.W.
Washington, D.C. 20004
(202) 383-0800
Fax (202) 383-6610

Attorneys for Plaintiff

Dated: November 9, 2007

MELISSA WAGNER d/b/a "NAPAGIRL"

By: _____
Melissa Wagner
18221 Boxwood Court
Hidden Valley Lake, California 95467
(707) 349-9177

Appearing *Pro Se*

So ordered: 11/09/2007.

_____
Charles S. Haight
U. S. District Judge

2

DM_US:20660810_1