```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-10-08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

CHLOE SAS,                                    07 CV 8861 (CSH)(MHD)

        Plaintiff,

    -against-

MELISSA WAGNER et al.,

        Defendants.
----------------------------------------------------------------x  STIPULATION

        It is hereby stipulated:

        1. The discovery schedule included in paragraph 5 of the October 25, 2007, Stipulation and Order (the "October 25, 2007 Stipulation") is amended as follows: responses and objections to written discovery shall be served by November 26, 2007, and the deposition of iOffer shall take place during the period December 3, 2007 to December 21, 2007.

        2. The application for preliminary injunction against defendant iOffer, Inc. ("iOffer") is adjourned from January 22, 2008, to February 4, 2008, at 10:00 A.M., or such subsequent date and time as may be fixed by the Court (the "return date"), and the temporary restraining order set forth in the October 25, 2007 Stipulation is hereby continued to and including the return date and pending further application by either party and order of the Court.

        3. The October 25, 2007 Stipulation otherwise continues in full force and effect.

Dated: New York, New York
       November 9, 2007

VANDENBERG & FELIU, LLP                       HOWREY LLP

By: _____                 By: _____
Ray Beckerman (RB8783)                         Susan M. Kayser (pro hac vice)
110 East 42 Street                             153 East 53 Street (54th Fl.)
New York, NY 10017                             New York, NY 10022
(212) 763-6800                                 (212) 896-6500

So ordered: 10/13/07

_____
Charles S. Haight
U. S. District Judge