Chloé

Exhibit 4



Sign In | Join Free | Help | ⊕Inquiry Basket | 日文 中文

1,137,342 Registered Users

**Home**    **Sell Offers**    **Buy Offers**    Products    **Companies**    Me

Latest Products | Add New Product | My Products | Free

Search: [_____]  ☐  Show All ▾  Products ▾  Country ▾  ☐ Sort by TrustPoints  Search  Adv

Home > Products > **RECEIPT TEMPLATES Vuitton Chanel Gucci Neiman Chloe Coach Tiffany Elux**



Member Since May 2007

Company Profile

Products Catalog (3)

Sell Offers (3)

Contact Details

TrustProfile (0 Points)

 Rate this company
 Print this page
 Report Fraud/Spam

napagirl



## RECEIPT TEMPLATES Vuitton Ch
## Gucci Neiman Chloe Coach Tiffar

[LV-2200] [USA]

Posted Date: May 20, 2007

Free Member  |  Rate this company 

  

View more pictures

### Description

DESIGNER RECEIPT TEMPLATES
Have you lost a receipt for a designer handbag, Jewelry, Watch, Clothing xxxxx ? Do yo
make a new receipt for your item to prove to your friends or whoever that it is authentic

TO SEE ALL THE PICTURES OF THE RECEIPTS CONTACT ME AND I WILL SEND YOU A S
OF THEM.

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGN
& MONEYBOOKERS ACCEPTED YOU CAN REACH ME AT NAPAGIRL77 AT GMAIL COM FO
INFORMATION. THE DESIGNER RECEIPT TEMPLATES THAT ARE AVAILABLE ARE:

Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes

I will email you the templates once payment is received so you can get started,  Emailing
documents to you is the cheapest and fastest way for you to receive the files because o
shipping & disk cost I think it is a better way to buy from me. Just let me know where y
sent.

The templates are easily edited in Microsoft Word and it is VERY user friendly, You simp
the information provided on the templates with your needed info such as: Buyer name,
method, item etc.

Included with your purchase of the total package:
Instructions with descriptive paper info such as: Size, type, & where to find it.
Important LV date code info & Buyers Guide doc's

RECEIPT TEMPLATES Vuitton Chanel Gucci Neiman Chloe Coach Tiffany Etux    Page 2 of 3

Receipt envelopes (when available).
Multiple receipt styles when available(With LV you get:LV Truck Style,LV Store 6x7,LV B
Coach & LV Tags
Boutique Store listing WORLD WIDE
Complete Model Numbers LV's
Complete Sales Price Guide LV's
Barcode Template LV's
Appropriate watermark logos, carebooklets,
tags, bar codes, envelopes, folded GIFTCARDS ETC.
And much much more! Contact me today!

## Other Information

| | |
|---|---|
| Location: | **USA** |
| Minimum Order: | **1** |
| Price for Minimum Order: | **15.00** |
| | (This price is only for minimum order, for large quantities, plea |
| Sample Available: | **NO** |

Related Categories: Belts & Accessories, Sunglasses, Handbags & Totebags
Related Keywords: handbag, receipts, designer

This company is registered as a free member and is not verified or authenticated by TradeKey.
to know more about **Goldkey** and **Silverkey** membership.

## Contact Information

| | |
|---|---|
| Contact Person: | Ms. NAPA GIRL (Sales) |
| Company: | napagirl |
| Address: | 2015 ranch rd, pinetop, az, USA |
| Zip/Postal: | 85901 |
| Telephone: | 928-241-1847 |
| Fax: | 928-241-1847 |

Send Email    Add to Basket    

More Related Keywords: coach boots, chanel perfume, coach purses, coach handbags, tiffany
Belts & Accessories: cigarette cases, hip hop chains, leather bracelets, skull belt buckles, silicon
weight lifting belts, cool belts, belt buckles, cell phone cases, leather belts, checkbook covers,
fanny packs, grosgrain ribbon, western belt buckles
Handbags & Totebags: handbags, designer handbags, replica handbags, messenger bags, tote
handbags, designer purses, mens wallets, canvas tote bags, leather wallets, handmade handba
bags, motorcycle bags
Sunglasses: oakley sunglasses, eyeglass frames, safety glasses, ski goggles, polarized sunglass
sunglasses, aviator sunglasses, prescription sunglasses, spy sunglasses, prescription eyeglasse
sunglasses, fishing sunglasses, infant sunglasses

---

## Premium Suppliers

### PuTian XiangGuan shoes Manufacture Co.,Ltd [China]

PuTian XiangGuan shoes Manufacture Co.,Ltd is a serious professional exporter and wholesaler in China since 2004. We offer Apparel, I
and Embroidery items in large variety of designs and colors...

BidMonkey Auctions: Free Online Auctions



CATEGORIES    BROWSE    BENTMONKEY STORE 🛒

← Back to list of items    **Category: Wholesale**

## DESIGNER RECEIPT TEMPLATES CHANEL GUCCI COACH FEND :: Item No. :: 115552
### Standard Auction

watch this item (track it in My Monkey)



**↓ Go to larger picture**

DESCRIPTION

**Currency Converter**

| | |
|---|---|
| Current bid: | **$ 15.00** (no reserve) |
| | Buy It Now for **$ 15.00** |
| | Buy It Now ends this listing. |
| Monkey Bucks: | No MB offered |
| **Bid Now!** | |
| Time left: | **6 Days 13 Hrs.+** |
| History: | 0 (Bid History) |
| High bidder: | **private** |
| Location: | **NAPA CA** |

👓 watch this item

✉ Mail this auction to a friend

↓ Shipping and payment details

**Seller information**

**napagirl77** (0)
Member Since **March 10, 2006 08:38 AM**

┌─────────────────┐
│ 💻 **Not Online** │
└─────────────────┘

Send **napagirl77** an Instant M
You can also download the sof
version here!

Read feedback comments
Ask seller a question
View seller's other items

**PayPal** Checkout!

## Description
FOR NOVELTY PURPOSES ONLY $15EA OR $65 FOR ALL 10 DESIGNERS... Gucci Neiman marcus Chloe Coach Tiffany Eluxury Vuitton Fendi Chanel Hermes SHOOT ME A MESSAGE AT: NAPAGIRL77@GMAIL.COM FOR DETAILS & PICTURES! PAYPAL & MONEYBOOKERS ACCEPTED



**This item has been viewed** ░░░░░░░░ **times**

## Shipping and payment details

Shipping Location    **No Shipping Needed**

Type of Shipping:    **No Shipping Needed**

## Payment methods accepted

**PayPal**
See Description

## Bidding

**Your bid is a contract - Place a bid only if you're serious about buying the item. If you are the winning bidder, you will enter into a legally binding contract to purchase the item from the seller.**

### Bids

Current Highbid:        **$ 15.00**
                        *(no reserve)*

Bid Increment:          **$ 1.00**

Your maximum
Highbid:        $ _____

*(Minimum Bid: $ 15.00)*

bidmonkey -BidAgent will bid for you **until your maximum bid is reached**. The maximum bid cannot be seen by others bidmonkey users. To learn more about the bidmonkey BidAgent please click **here**. .

### Buy

Buy it now for **$ 15.00**
Learn more about the Buy-it-now-Option!

**After you have bought the item the auction is finished.**

Buy It Now ends this listing.

### How to bid

1. Register - You must be registered.

2. Learn more about the seller - Read the opinions of other users for the seller.

3. Learn more about the item - read the items description and ask any questions before bidding.

4. Ask question - If you still have questions, then please contact the seller.

5. Make your Bid!

Home | About Us | Contact Us | Announcements | Link Exchange

Copyright © 2003 BidMonkey. All rights reserved. Copyright - Privacy - Terms of Use

Message Boards                                                    Page 1 of 2



 PlanetOut.com    [ Network Properties ▾ ]

| Topics | People | Personals | My Planet | Shopping | Entertainment | News |

- ➢ Community Centers
- ✪ Message Boards
- ◔ Personals
- ◔ Postcards
- ◔ Chat
- ➢ Horoscopes
- ◔ Ask Betty

# Message Boards

Message Board: **High Fashion!**

>>Respond To This Message

**◀<<Previous Message**    Back to Postings    Next Message>>▶

| Subject | Author | Date |
|---------|--------|------|
| **Re: LOUIS VUITTON REPLICA RECEIPT TEMPLATE!!!** | napagirl | **Sat Sep 22 14:40:58 PDT 2007** |

http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
HANDBAG RECEIPT TEMPLATES Gucci, Neiman Marcus, Chloe, Coach,
Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes napagirl77@gmail.com

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL
10 DESIGNERS. CREDIT CARDS, PAYPAL or MONEYBOOKERS ACCEPTED
CONTACT ME AT NAPAGIRL77@GMAIL.COM FOR PAYMENT INFORMATION.
THE DESIGNER RECEIPT TEMPLATES ARE AVAILABLE...

Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi,
Chanel, & Hermes

**In Response to:**    Re: LOUIS VUITTON REPLICA RECEIPT TEMPLATE!!!

>>Respond To This Message

**◀<<Previous Message**    Back to Postings    Next Message>>▶

- Message Board Central
- You Need to Join PlanetOut to Post

Login F

Member Na

Password:

☑ Save
password

Log

Forgot logi

Not a m
**JOIN**

Company Info | Advertise on PNO | Frequently Asked Questions
Privacy Policy | User Agreement | Community Guidelines
PNO Affiliate Program | Letter to the Editor
© 1995-2007 PlanetOut Inc | Legal Notice

This is **G o o g l e**'s cache of http://www.sell.com/22SLBQ as retrieved on 5 Jul 2007 20:56:50 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: `http://www.google.com/search?`
`q=cache:PN6QOcH1BLAJ:www.sell.com/22SLBQ+Na`

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These terms only appear in links pointing to this page: **na**

# sell·com classifieds

Place your
Starting at $1 fo

| home | **sell now** | **my stuff** | **search** | **help** |

**Browse Categories**      **Browse by Location**      **Basic Search**      **Advanced Search**

## DESIGNER RECEIPTS HANDBAGS JEWELRY SHOES TEMPLATES FREE SH

**$15.00** per item (Fixed)   Seller: napagirl77 (1) ✘ ✘ ✘
sell.com classifieds ▸ Business & Industry ▸ Retail Supplies & Equipment ▸ 22SLBQ

### Ad Info

| | |
|---|---|
| Asking Price: | **$15.00** per item (Fixed) |
| Quantity For Sale: | **50** items. (See below for more details.) |
| Tax: | None. |
| Shipping & Handling: | None. |
| Payment Terms: | See below for more info, PayPal. |
| Item Location: | NAPA, CA [USA] |
| Refund Policy: | Ask seller for details. |
| Date Posted: | Mon 04-Jun-2007 |

### Seller Info

Sign-in Name: **napagirl77 (1)** ✘ ✘ ✘
Member Since: **02-May-2007**
**View more ads** from napagirl77

 **Buy**    Agree to the seller'

    The seller has spec
price for this ad an
considering offers.

 **Note**    Send a note.

✉ **Email Friend**    ✂ **Clip This Ad**

---

**Classified Details**   DESIGNER RECEIPTS HANDBAGS JEWELRY SHOES TEMPLATES FREE SHIPPING




elux1.jpg

**FREE SHIPPING**
Receipt Templates For Sale

Have you lost a receipt for a designer handbag, Jewelry,
Clothing etc... ? Do you need to make a new receipt for
item to prove to your friends or whoever that it is auther

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER
$69 FOR ALL 10 DESIGNERS. PAYPAL & MONEYBOOKERS
ACCEPTED CONTACT ME AT FOR PAYMENT INFORMATION
LIST OF THE DESIGNERS AVAILABLE.
SEE THEM HERE:
http://vuitton-fendi-gucci-elux-receipts .blogspot.com/

The receipts are made from original boutique receipts an
only intended for novelty purposes not to be used by affi
the designers above.

chanelreceipt-email.jpg

▶ View more ads from **napagirl77**            ▶ Browse more ads in Retail Supplies & Equipme

**104 Fm Radio**
Download ringtones to your phone. All your favorite songs & artists!
RingtonesFactory.com

**PC 104 I/O Boards**
MCC offers a wide selection of low-cost PC 104 I/O boards.

**sell·com** ™    Help    Policies    Announcements    Link To Us

Copyright © 1999-2007 sell.com, inc. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

This is G o o g l e's cache of http://www.obo.com/22SLBQ as retrieved on 31 Jul 2007 04:45:07 GMT.
G o o g l e's cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:6uXaFiydti8J:www.obo.com/22SLBQ+Nap

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These terms only appear in links pointing to this page: **nap**



**Search**    **Sell Now**    **My Stuff**    **Help**

Browse Categories ▸ Browse by Location   Basic Search   Advanced Search

# DESIGNER BRAND RECEIPTS HANDBAGS JEWELRY TEMPLATES EBAY EE EFILE elux coach

**$15.00** per item (Fixed)  Seller: napagirl77 (1) ✰ ✰ ✰ ✰
Or Best Offer Classifieds ▸ Business & Industry ▸ Retail Supplies & Equipment ▸ 22SLBQ

**104 Fm Radio**
Download ringtones to your phone. All your favorite songs & artists! RingtonesFactory.com

**Listen To Online Radio**
Fast and Easy Online Radio Stations Whatever Your Ears Desire!
www.Online-Radio-Stations.com

**Free PC/104 Resource**
Info on hardware, software, tools, services and valuable articles
www.EEcatalog.com

**PC/104 SBCs & CPU**
Find Innovative Embe Computing Solutions Service Here!
www.Ampro.com

| | |
|---|---|
| For Sale by: | **napagirl77 (1)** ✰ ✰ ✰ ✰ |
| Member Since: | **02-May-2007** |
| Asking Price: | **$15.00** per item (Fixed) |
| Quantity For Sale: | **50** items. (See below for more details.) |
| Tax: | None. |
| Shipping & Handling: | None. |
| Payment Terms: | See below for more info, PayPal. |
| Item Location: | NAPA, CA [USA] |
| Refund Policy: | Ask seller for details. |
| Date Posted: | Thu 05-Jul-2007 |

This classified ad has been **suspend** longer available for sale.

View more ads from **napagirl77.**

Browse more ads in **Retail Supplies Equipment.**

#### Find Similar Items

| Handbags | Coach | Handbag | Authentic | Fendi |
|---|---|---|---|---|
| Jewelry | Free | Watch | Vuitton | Gucci |

**PC/104 SBCs & CPUs**
Variety Of SBCs & CPUs In Stock. Buy Your QuickStart Kit Online Now!
www.Ampro.com

**Radio Station**
Find Radio Station Info. Fast & Easy
www.stationradio.info

**Kappa 104.7w**
Kappa 104.7w 40%-60% Off Brar Stock , Full Warranty
www.Techronics.com




» Sell Stuff   » **Find Stuff**   » Messages & My Account   » Help   » Sign In

» Browse Categories   » Browse by Location   » Basic Search   » Advanced Search

## DESIGNER BRAND RECEIPTS HANDBAGS JEWELRY TEMPLATES EBAY EB EFILE elux coach

**$15.00** per item (Fixed)   for sale in NAPA, CA [USA]   by seller napagirl77 (1) ✖ ✖ ✖ ✖
bst.com classifieds ▸ Business & Industry ▸ Retail Supplies & Equipment ▸ 22SLBQ

         

RENT LUXURY
Rent Handbags
RENT ▸  RENT ▸  RENT ▸  RENT ▸  RENT ▸  RENT ▸  RENT ▸  RENT ▸
BagBorrowOrSteal.com

⊖ This classified ad has been **suspended**, and is no longer available for sale.

**Quantity For Sale:** 50 items. (See below for more details.)

**Tax:** None.

**Shipping & Handling:** None.

**Payment Terms:** See below for more info, PayPal.

**Item Location:** NAPA, CA [USA]

**Refund Policy:** Ask seller for details.

#### Find Similar Items

| | | | | |
|---|---|---|---|---|
| Handbags | Coach | Handbag | Vuitton | Gucci |
| Jewelry | Free | Watch | Fendi | |

**Wholesale Items for Ebay**
Save Up to 90% Off Retail Prices. Huge Range of Top Brand Products.
www.SaleHoo.com

**Ebay DropShipper**
Make money online selling on Ebay We dropship. Wholesale Electronics
www.megagoods.com

**Designer Handbags**
Directory of discount authentic des handbag online sources.
handbagsdesigner.net

Ad

 » Home   » Help   » Policies

Copyright © 1999-2007 bst.com. All Rights Reserved.
Designated trademarks and brands are the property of their respective owners.

receipt Gucci Neiman Marcus Chloe Coach Tiffany Eluxury Vuitton Fendi Chanel Hermes by sally, 14. Jul 01:24

**Reply**   **Reply w. quote**                     View ( Messsage | **Thread** )

I have 10 DESIGNER BRAND RECEIPT TEMPLATES FOR SALE YOU CAN SEE THE DETAILS
HERE:
http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
PAYPAL, CREDIT CARDS, MONEYBOOKERS! YOU WILL GET THE MOST UP TO DATE
VERSIONS EMAILED TO YOU RIGHT AWAY!RECEIPT TEMPLATES FOR SALE $15 FOR ONE
DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL & MONEYBOOKERS ACCEPTED
CONTACT ME AT NAPAGIRL77@GMAIL.COM FOR PAYMENT INFORMATION. THE DESIGNER
RECEIPT TEMPLATES ARE AVAILABLE...
Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes
YOU CAN REACH ME AT: NAPAGIRL77@GMAIL.COM

**Attachments**
o_neiman_marcus_receipt.jpg (29.7 KB)

**Reply**   **Reply w. quote**                                New message



Create a New Forum [ Go! ]

* Notice: Posting problems? [ Click here ]



[ VoyUser Login optional ] [ Contact Forum Admin ] [ Main index ] [ Post a new message ] [ Check update time ]

[ **Next Thread** | **Previous Thread** | **Next Message** | **Previous Message** ]

**Date Posted:** *16:08:11 05/17/07 Thu*
**Author: Napagirl**
**Subject:** Receipt templates GUCCI CHLOE CHANEL FENDI LV ELUX TIFFANY COACH HERMES NEIMAN MARCUS

http://receipt4designerhandbags.blogspot.com/

SEE PICTURES AT THE ABOVE LINK!
$15EA DESIGNER OR $65 FOR ALL 10 DESIGNERS THEY ARE EMAILED TO YOU IN MICROSOFT WORD AND ARE EASY TO EDIT! I ACCEPT PAYPAL OR MONEYBOOKERS... FOR DETAILS CONTACT ME A NAPAGIRL77@GMAIL.COM

[ **Next Thread** | **Previous Thread** | **Next Message** | **Previous Message** ]

---

**Replies:**

- Re: Receipt templates GUCCI CHLOE CHANEL FENDI LV ELUX TIFFANY COACH HERMES NEIMAN MARCUS -- **marijay**, *18:49:46 08/26/07 Sun*

---

[ VoyUser Login ] Not required to post.
**Post a public reply to this message** | Go post a new public message
*   Notice: Posting problems? [ Click here ]
* HTML allowed in marked fields.
Message subject (required):

Re: Receipt templates GUCCI CHLOE CHANEL FEN

Name (required):

Expression (Optional mood/title along with your name) Examples: (happy, sad, The Joyful, etc.) help)

E-mail address (required):

This is **G o o g l e**'s cache of http://boards.icq.com/boards/view_messages.php?
topic_id=2215310&tid=2131&go_to_last=1 as retrieved on Jul 30, 2007 05:31:06 GMT.
**G o o g l e**'s cache is the snapshot that we took of the page as we crawled the web.
The page may have changed since that time. Click here for the current page without
highlighting.
This cached page may reference images which are no longer available. Click here for the
cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?
q=cache:_TBvKfL0_QIJ:boards.icq.com/boards/view_messages.php%3Ftopic_id%3D2215310%26tid%3D2131%
26go_to_last%3D1+napagirl+and+receipt&hl=en&ct=clnk&cd=27&gl=us

*Google is neither affiliated with the authors of this page nor responsible for its content.*

These search terms have been highlighted: **napagirl receipt**



I graduated in:

classmates.com





icq. everybody, everywhere

| Web | Site | People |

🏠Home  Download  People Search  Dating  Groups  Chat  Forums  Games  Greet

Homepage > Message Boards > Lifestyles > Beauty & Fashion > LV ,GUCI ,CHANEL ,...

# LV ,GUCCI ,CHANEL ,IMITATION@...

Date ▽ / Author / Rating                                **1** of **1** Pages

[Post New Message]                          Started: May 9 2007
                                             Last post: May 21 2007

**RECEIPTS Gucci Neiman Chloe Coach Tiffan...**          (?) Rate it Rating: **Unrated**

**Anonymous**

http://vuitton-fendi-gucci-elu x-receipts.blogspot.com/

**Receipt** Templates For Sale

Have you lost a **receipt** for a designer handbag, Jewelry, Watch, Clothing etc... ? Do you need to make a
new **receipt** for your item to prove to your friends or whoever that it is authentic?

**RECEIPT** TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL
& MONEYBOOKERS ACCEPTED CONTACT ME AT NAPAGIRL77@GMAIL.COM FOR PAYMENT
INFORMATION. THE DESIGNER **RECEIPT** TEMPLATES ARE AVAILABLE...

Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes

TO SEE PHOTOS...

http://s55.photobucket.com/alb ums/g133/napagirl77/?action=vi ew&current=1178235860.pbw

Searc
Messa
[Enter Keyw
⦿ Search
Boards
○ Search

Log in h
forums, op
messag
[L

Help
Trou
Help

I will email you the templates once payment is received so you can get started, Emailing the documents to you is the cheapest and fastest way for you to receive the files because of the extra shipping & disk cost I think it is a better way to buy from me. Just let me know where you need them sent.

The templates are easily edited in Microsoft Word and it is VERY user friendly, You simply type over the information provided on the templates with your needed info such as: Buyer name, payment method, item etc...

Included with your purchase of the total package:
Instructions with descriptive paper info such as: Size, type, & where to find it.
Important LV date code info & Buyers Guide doc's
**Receipt** envelopes (when available).
Multiple **receipt** styles when available(With LV you get:LV Truck Style,LV Store 6x7,LV Boutique).
Coach & LV Tags
Boutique Store listing WORLD WIDE
Complete Model Numbers LV's
Complete Sales Price Guide LV's
Barcode Template LV's
Appropriate watermark logos, carebooklets,
tags, bar codes, envelopes, folded GIFT CARDS etc...

At only $69.00 for the complete package you are getting a savings of $80 opposed to purchasing one designer at a time at $15ea you are saving $80 on all of the templates. MAKE YOUR MONEY BACK IN THE SALE OF 6 SINGLE RECEIPTS AT $10EA!!
TEMPLATES ARE NOT FOR RE-SELL ONLY PRINTED SINGLE RECEIPTS.
**napagirl**



[Reply]

Posted May 21 2007 2:37PM

**fashionable bags for sale**                                    (?) Rate it Rating: **Unrated**

**Eric**            www.replica-handbag-wholesale. com
                    We offer high quality replica of fashionable handbags...
14 Posts (View)   For instance, LV, Chanel, Gucci, Prada, Fendi,Dior..
More about me     We only manufacturer the TOP quality grade, come with serial number,correct marks
>>                and logo,complete auth cards,care booket and dust bag or box.
                    We ensure the high quality and the quick shipping. We hope you can find your favourite
                    on our site: www.replica-handbag-wholesale. com

                    www.replica-handbag-wholesale.com                      [Reply]

Add Me   Message Me   Page Me   Chat Me          Posted May 9 2007 12:38PM

**LV ,GUCCI ,CHANEL ,IMITATION@ FASHIONAB...**        (?) Rate it Rating: **Unrated**

**Anonymous**
FashionableReplica.com manufactures and sells the most perfect designer bags replicas available on the market: we only carry true seven star mirror image replicas of LV, CHANEL,Dior,FENDI,Hermes and CHLOE bags. We are now extending our talent in crafting perfect imitations of other prestigious brandnames.

Our true seven star mirror image replicas handbags are so perfect that even if you let people know there are replicas, they would just not believe you!

We do not compromise with quality. Our manufacturing facilities integrate ISO 2001 notions and management. We have also set up a dual quality control procedure in our factory. All items are checked twice: once at the end of the production line and once prior to being shipped. This guarantees the lowest possible defect rate! Perfection is our obsession!

All of our LV bags come with the LV dust bag, LV cards and also the copy of the LV genuine **receipt** by an

official exclusive LV store. Our Chanel bags come with Dust bag, authenticity card, hologram serial number and care booklet. Our FENDI replica handbags come with dust bag, tags, yellow care booklets, Fendi Controllato card which guarantees authenticity, and a copy of the genuine **receipt** by an official Fendi store.

Our Louis Vuitton replicas are made from the same materials as originals: oxidizing cowhide leather, correct markings, YKK zippers , upside down LVs on relevant designs, brass hardware, raspberry Alacantra lining, murakamis in 33 colors ,models and serial numbers and heat embossed stamps just like the original designer bags.

We offer our clients retail and wholesale programs, as well as drop shipping services.

FashionableReplica.com IS HERE TO ASSIST YOU IN THE REPLICA BUSINESs

WWW.FASHIONABLEREPLICA.COM

ONLY 7 STAR MIRROR IMAGE HANDBAGS AND ACCESSORIES

THE BEST QUALITY ON THE MARKET

REPLICAS LOUIS VUITTON REPLICAS purse @ WWW.FASHIONABLEREPLICA.COM REPLICAS LOUIS VUITTON Purse @ WWW.FASHIONABLEREPLICA.COM REPLICAS LOUIS VUITTON REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS LOUIS VUITTON REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS purse VUITTON REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS LOUIS VUITTON REPLICAS @ WWW.FASHIONABLEREPLICA.COM

REPLICA CHANEL PURSE @ WWW.FASHIONABLEREPLICA.COM REPLICA CHANEL PURSE @ WWW.FASHIONABLEREPLICA.COM REPLICAS CHANEL REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS CHANEL purse REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICA CHANEL REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICA CHANEL REPLICAS @ WWW.FASHIONABLEREPLICA.COM

REPLICA HERMES REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICA HERMES REPLICA @ WWW.FASHIONABLEREPLICA.COM REPLICAS HERMES REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS HERMES REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS HERMES REPLICAS @ WWW.FASHIONABLEREPLICA.COM

REPLICA GUCCI REPLICA @ WWW.FASHIONABLEREPLICA.COM REPLICAS GUCCI REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS GUCCI PURSE @ WWW.FASHIONABLEREPLICA.COM REPLICA GUCCI REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS GUCCI REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS GUCCI PURSE @ WWW.FASHIONABLEREPLICA.COM

REPLICA Dior REPLICA @ WWW.FASHIONABLEREPLICA.COM REPLICAS Dior REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS Dior REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICA Dior REPLICAS @ WWW.FASHIONABLEREPLICA.COM REPLICAS Dior REPLICA @ WWW.FASHIONABLEREPLICA.COM REPLICAS Dior REPLICAS @ WWW.FASHIONABLEREPLICA.COM

Wholesale and retails 7 star true mirror image Louis

Lv ,LOUIS Vuitton ,Chanel,GUCCI,HERMES,DIOR ...replica 4pieces or up to 10 pieces Let us drop ship your 7 star true mirror image Louis

Vuitton bags and wallets for you

The new Chanel and HERMES collection are available now

LOUIS VUITTON IMITATION @ WWW.FASHIONABLEREPLICA.COM CHANEL REPLICA @ WWW.FASHIONABLEREPLICA.COM

7 STAR GUCCI REPLICAS @ WWW.FASHIONABLEREPLICA.COM 7 STAR HERMES REPLICA @ WWW.FASHIONABLEREPLICA.COM LV BAGS REPLICAS , LV PURSES REPLICAS , LV KNOCKOFF LV

IMITATION , LOUIS VUITTON FAKE WWW.FASHIONABLEREPLICA.COM
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M
CHLOE BAGS,CHLOE HANDBAGS@FASHIONABLEREPLICA.CO M

Replica Louis vuitton Handbags & Replica LV Knockoffs

WWW.FASHIONABLEREPLICA.COM We are the leaders in top quality designer inspired

Louis Vuitton speedy 30 @ fashionablereplica.com

replicas.

LV Bag Replica Louis Vuitton Knockoff LV Bag Replica Louis Vuitton Knockoff

We are trusted because we guarantee delivery through customs of designer replica handbags around the world. We specialize in

wholesale replica handbags.

LV BAGS REPLICAS , LV PURSES FAKE , LV KNOCKOFF LV IMITATION , LV FAKE
WWW.FASHIONABLEREPLICA.COM

Are you looking for a drop ship company. We will drop

ship handbags for you and provide updated tracking

numbers for your customers. Contacts to be considered

for drop shipping. We drop ship for Ebay sellers. Where

do you think many ebay sellers get those great bags at

WWW.FASHIONABLEREPLICA.COM e-mail us at

sales@FASHIONABLEREPLICA.COM for our drop ship prices. Start earning huge profits on

Ebay selling replica designer inspired handbags

LV BAGS REPLICAS , LV PURSES REPLICAS , LV KNOCKOFF LV IMITATION , LV FAKE
WWW.FASHIONABLEREPLICA.COM Do home parties- have ... in the city home purse

parties make massive extra income. We will wholesale to

you and teach you just how to have the successful home

party for handbags. We have the latest styles and

designs we will be the key to your success go with the

proven leader WWW.FASHIONABLEREPLICA.COM

Just start your e-bay business,home handbags party

business or run your own replicas website and increase

your sales with our 7 star true mirror image Louis

Vuitton replicas

Please feel free to visit our website: WWW.FASHIONABLEREPLICA.COM or email us at:
sales@FASHIONABLEREPLICA.COM

We are in Guang Zhou based in china,we manufacture only

7 star true mirror image replicas Louis Vuitton

Our lv's 7 star mirror image bags are made with: and

come with:

Oxidizing leather 100% genuine leather and oxidized

cowhide leather YKK zippers made from same materials as originals upside down lv's on designs that apply
brass hardware rasberry alacantra lining that apply correct markings and sizes model and serial numbers
33 color murakamis dust bag,lv cards,care booklet and Dior,Chanelcome with

authenticity card

Please feel free to visit our website: WWW.FASHIONABLEREPLICA.COM

Wholesale 7 star true mirror image louis vuitton chanel

cambon line replica 10 pieces at

WWW.FASHIONABLEREPLICA.COM replica purses at WWW.FASHIONABLEREPLICA.COM louis vuitton fake
handbags at WWW.FASHIONABLEREPLICA.COM lv fake handbags at WWW.FASHIONABLEREPLICA.COM
louis vuitton fake handbag at WWW.FASHIONABLEREPLICA.COM wholesale replica louis vuitton at

WWW.FASHIONABLEREPLICA.COM

2 replies, view all    **Reply**

Posted May 9 2007 10:42AM

You are in **view by date**, switch to threaded view                    **1**  of **1** Pages

**Post New Message**

Advertise with Us  |  Contact Us  |  About ICQ  |  Site Map  |  Privacy Policy  |  Important Notice: Terms of Service

Copyright ©1998-2007 ICQ Inc. All Rights Reserved

**Google** Groups

# rec.arts.comics.marvel.universe

Search thi▸

## designer brand Handbag jewelry receipt make templates
Options

1 message - Collapse all

napagiri  View profile                    More options  Jul 14, 1:14 pm

HAVE YOU LOST A DESIGNER BRAND HANDBAG OR JEWELRY RECEIPT? NEED TO
MAKE A NEW ONE? I HAVE 10 DESIGNER BRAND RECEIPT TEMPLATES FOR SALE
YOU CAN SEE THE DETAILS HERE:
http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
PAYPAL, CREDIT CARDS, MONEYBOOKERS! YOU WILL GET THE MOST UP TO DATE
VERSIONS EMAILED TO YOU RIGHT AWAY!RECEIPT TEMPLATES FOR SALE $15 FOR
ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL & MONEYBOOKERS
ACCEPTED CONTACT ME FOR PAYMENT INFORMATION. THE DESIGNER RECEIPT
TEMPLATES ARE AVAILABLE...
Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi,
Chanel, & Hermes
YOU CAN REACH ME AT: celebb...@hotmail.com

Reply to author    Forward

End of messages

« Back to Discussions              « Newer topic   Older topic »

### Discussions
+ new post

About this group
Subscribe to this group

This is a Usenet group - learn more

Sponsored Links

Designer Wholesale
100% Authentic - Fendi Prada & more
3 pieces minimum, Amazing prices
www.eModaFashion.com

Luxury Designer Handbags
Discounted Designer Handbags
Authorized dealer for Handbags
www.redtagparty.com

Designer Handbag
Designer Brands. 100% Authentic
Handbags. Free Shipping. Bid Now.
www.Portero.com

See your message here...

Related Pages

Piece Unique Classifieds
Piece Unique is the first online fashion
catalog featuring pre-owned ...
www.pieceunique.com

Louis Vuitton - Authentic Louis Vuitton
Handbag, Louis Vuitton ...

Create a group - Google Groups - Google Home - Terms of Service - Privacy Policy
©2007 Google

# nnseek

handbag jewelry designer brand receipts maker template for sale

**Home**          **FAQ**          **Contact**          **Sign in**

[                    ]   [ **Search** ]

☐ alt.marketing.online.ebay only          Advanced search



RENT LUXURY
[ Rent Handbags ]

RENT ►   RENT ►   RENT ►   RENT ►   RENT ►   RENT ►   RENT ►
BagBorrowOrSteal.com

## POPULAR GROUPS

sci.crypt
alt.marketplace.online.ebay
alt.forsale
alt.marketplace.collectables
rec.antiques.marketplace
news.admin.netabuse.sightings
alt.bestjobsusa.computer
alt.bestjobsusa.computer.jobs
us.jobs
us.jobs.offered

more...

handbag jewelry designer brand receipts maker template for sale

**Author:** napagirl
**Date:** Jul 14, 2007 10:20

HAVE YOU LOST A DESIGNER BRAND HANDBAG OR JEWELRY RECEIPT? I
MAKE A NEW ONE? I HAVE 10 DESIGNER BRAND RECEIPT TEMPLATES FC
YOU CAN SEE THE DETAILS HERE:
http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
PAYPAL, CREDIT CARDS, MONEYBOOKERS! YOU WILL GET THE MOST UP
VERSIONS EMAILED TO YOU RIGHT AWAY!RECEIPT TEMPLATES FOR SAL
ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL & MONEYBOO
ACCEPTED CONTACT ME FOR PAYMENT INFORMATION. THE DESIGNER R
TEMPLATES ARE AVAILABLE...
Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi,
Chanel, & Hermes
YOU CAN REACH ME AT: celebbags@hotmail.com

## The Owl Journal Forum
For the readers, by the readers - discuss it here!

Owl Home   Index   User list   Rules   Search   Register   Login

You are not logged in.

Announcement

Welcome to the Owl Journal forums. As they have only recently been created there is as yet little of interest, but please register and start posting, or come back in a few weeks when we will have more members.

Pages: **1**

Index  » General  » HANDBAG RECEIPTS Gucci Neiman Vuitton Chanel Chloe Coach Tiffany Elux

21-05-2007 14:41:32                                                                                     #1

**napagirl**
**Curious**

Registered: 21-05-2007
Posts: 1

http://vuitton-fendi-gucci-elux-receipts.blogspot.com/

Receipt Templates For Sale

Have you lost a receipt for a designer handbag, Jewelry, Watch, Clothing etc... ? Do you need to make a new receipt for your item to prove to your friends or whoever that it is authentic?

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL
& MONEYBOOKERS ACCEPTED CONTACT ME AT NAPAGIRL77@GMAIL.COM FOR PAYMENT INFORMATION. THE DESIGNER RECEIPT TEMPLATES ARE AVAILABLE...

Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes

TO SEE PHOTOS...

http://s55.photobucket.com/albums/g133/ ... 235860.pbw

I will email you the templates once payment is received so you can get started, Emailing the documents to you is the cheapest and fastest way for you to receive the files because of the extra shipping & disk cost I think it is a better way to buy from me. Just let me know where you need them sent.

The templates are easily edited in Microsoft Word and it is VERY user friendly, You simply type over the information provided on the templates with your needed info such as: Buyer name, payment method, item etc...

Included with your purchase of the total package:
Instructions with descriptive paper info such as: Size, type, & where to find it.
Important LV date code info & Buyers Guide doc's
Receipt envelopes (when available).
Multiple receipt styles when available(With LV you get:LV Truck Style,LV Store 6x7,LV Boutique).
Coach & LV Tags
Boutique Store listing WORLD WIDE
Complete Model Numbers LV's
Complete Sales Price Guide LV's

Case 1:07-cv-08861-GEL   Document 20-2   Filed 06/10/2008   Page 22 of 56   Page 2 of 2

Barcode Template LV's
Appropriate watermark logos, carebooklets,
tags, bar codes, envelopes, folded GIFT CARDS etc...

At only $69.00 for the complete package you are getting a savings of $80
opposed to purchasing one designer at a time at $15ea you are saving $80
on all of the templates. MAKE YOUR MONEY BACK IN THE SALE OF 6
SINGLE RECEIPTS AT $10EA!!
TEMPLATES ARE NOT FOR RE-SELL ONLY PRINTED SINGLE RECEIPTS.
[font color=redFont][/font][a href="mailto:Napagirl77@gmail.com"]
napagirl[/a]

Offline

Pages: **1**

**Index** » **General** » **HANDBAG
RECEIPTS Gucci Neiman Vuitton Chanel
Chloe Coach Tiffany Elux**

Jump to

General     Go

Powered by PunBB
© Copyright 2002–2005 Rickard Andersson

- AOL Main
- Mail
- AIM
- Join AOL

## AOL & AIM Sign In

Search the Web [                    ]  Search



No-Limit Glamour, High-Stakes Fun
**Las Vegas Hotels From $212**
AOL

You Are Here: <u>Professions A-Z</u> > <u>Watercooler</u> > <u>Chat Topics</u> > handbags receipt maker template Gucci Ne...

Settings | Help

## handbags receipt maker te...

Community Standards
Add to My Boards | Add Thread

Making Good Money Fast!!!   < Previous Thread | Next Thread >   using paypal correctly

**Messages:** 1 - 1 of 1 List All | <u>List Unread</u>

| handbags receipt maker templ... | Mark Thread Read |
|---|---|

<u>#1 - 7/14/07 01:09 PM</u> (Msg Id: 532370:245)

celebbags@ho...

| Please <u>sign in</u> to rate this post. | Overall Rating: by 1 raters |
|---|---|

<u>Ignore Author</u>

HAVE YOU LOST A DESIGNER BRAND HANDBAG OR
JEWELRY RECEIPT? NEED TO MAKE A NEW ONE? I HAVE
10 DESIGNER BRAND RECEIPT TEMPLATES FOR SALE
YOU CAN SEE THE DETAILS HERE:
http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
PAYPAL, CREDIT CARDS, MONEYBOOKERS! YOU WILL
GET THE MOST UP TO DATE VERSIONS EMAILED TO YOU
RIGHT AWAY!RECEIPT TEMPLATES FOR SALE $15 FOR
ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL
& MONEYBOOKERS ACCEPTED CONTACT ME FOR
PAYMENT INFORMATION. THE DESIGNER RECEIPT
TEMPLATES ARE AVAILABLE...
Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton,
Fendi, Chanel, & Hermes
YOU CAN REACH ME AT: celebbags@hotmail.com

Mark Message Unread

Reply to Message

My Boards | Settings | Community Standards | Help                     Add Thread

Note: Threads that have been read are marked with a: 🔖

Making Good Money          < Previous | Next        using paypal correctly
Fast!!!                     Thread | Thread >

**My Boards**
 Sign in with your
screen name to post
messages on this
board.

**Recent Boards**
 Chat Topics          29

**Related Links**
 Find a Job: New
Listings Daily
 Online Degrees:
Boost Your Career
 Tom Peters: Build
Your Empire



Family    Career    Money    Health    Food    Travel    Community    Classes

**BlueSuitMom Message Boards**

## "Lets help each other make $MONEY$ online"

✉ Email this topic to a friend
🖶 Printer-friendly version of this topic

Previous Topic | Next Topic

**Home ➡ Conferences ➡ Child Care** (Protected)

Original message

---

**Alice2jo** ✉ IP                                          Jul-23-06, 01:54 PM (EST)

**"Lets help each other make $MONEY$ online"**

PLEASE READ TO THE END........................YOU WILL PROFIT FROM THIS!!!
This is an amazing thing. THIS REALLY WORKS!!! And it's legitimate, it's honest, it's
legal, it actually works and you will definitely - DEFINITELY - make great extra
money with this! Oprah Winfrey loved talking about it on her recent show, mostly
because it can help regular everyday folks like you and I make GREAT extra cash!
You won't be disappointed. I've already made enough to pay literally all my bills in
the last couple of days, and all it cost me was 5 dollars, which I made back
immediately, and then I started receiving so many gifts of cash!!!!!
Make Money With Pay-pal!! Seen on Oprah!! Very Legit!

TRUE STORY --> June Alscar tells how she ran this gifting program four times last
year. The first time, she received $6,000+ in cash in two weeks and then $14,000+
in cash the next three times. When this program is continued, as it should be,
EVERYONE PROFITS!!
And the BEST part is that whenever you need extra cash, just start the program
again.
Here is what you need to do:


ONLY 4 SIMPLE STEPS!


1. If you're not already a PayPal user, sign up at www.paypal.com (it doesn't cost
anything and it is very easy)....make sure you sign up for a Premier or Business
account (again, both are free). If you have a personal account already set up, just
upgrade to a PREMIER or BUSINESS account (otherwise you won't be able to receive
credit card payments from other people).

2. It is an undeniable law of the universe that we must first give in order to receive.
So the first thing to do when you have your Premier/Business PayPal account is to
IMMEDIATELY send a $5 payment to the email address in position 1 or 2 below
(depending on your birthday to help sort things out), along with a note in the
subject line saying "Here is a $5 gift for you!" Please remember to add the note
about GIFT because it keeps this program legal. (PayPal knows about this, the
government does too!...Even The Wall Street Journal reviewed it!).

1. JAN 1-JUNE 30 BIRTHDAY ~ Th475@AOL.com
2. JULY 1-DEC 31 BIRTHDAY ~ Mike5rou@yahoo.com

The steps on how to send $5 to one of the above Email Address:
1. Log in to PayPal. Go to SEND MONEY tab.
2. Type in Recipients name: (Email address)
Subject: "EMAIL GIFT LETTER"
Category: "SERVICE"
Comments: "Here is a $5 gift for you!" .
3. Next screen: CHECK PAYMENT DETAIL - Select "NO SHIPPING ADDRESS REQUIRED"
4. Send Money.
THAT'S IT. YOU'RE DONE!!

3. Now remove whichever email address you just sent $5 to and replace it with YOUR email address that's registered with PayPal for future postings. VERY IMPORTANT: Use the same EMAIL ADDRESS that is registered with YOUR Paypal account or you won't receive your $$. WHY THIS PROGRAM WORKS: the reason this program is SO SUCCESSFUL is because this is in 50 different message boards. There are only TWO outcomes (1) A person's birthday will fall on the same half as yours YOU GET $5.00..OR (2) A person's birthday will fall on the other half of the timeline, therefore, YOU STAY IN YOUR POSITION posted in 50 other MESSAGE BOARDS, etc.

4. HOW TO POST TO NEWSGROUPS & MESSAGE BOARDS

Step #1) You do not need to re-type this entire letter to do your own posting. Simply put your CURSOR at the beginning of this letter and drag your CURSOR to the bottom of this document, and select 'copy' from the edit menu. This will copy the entire letter into your computer's temporary memory.

Step #2) Open a blank 'Notepad' file and place your cursor at the top of the blank page. From the 'Edit' menu select 'Paste'. This will paste a copy of the letter into notepad so that you can remove whichever email address you just sent $5 to and replace it with YOUR email address that's registered with PayPal for future postings.

Step #3) Save your new Notepad file as a .txt file. If you want to do your postings in different sittings, you'll always have this file to go back to.

Step #4)Now copy and post this letter in at least 50 message boards, chat rooms, or newsgroups, online interactive sites, etc etc. Log on any search engine like yahoo.com, google.com, altavista.com, excite.com, etc., then search with the subject "millionaire message board; money making message board; employment message board; money making forum; business message board…" You will find thousands & thousands of message boards. Click on them one by one and you will find the option 'post a new message'. Then Post this article as a 'new message' by highlighting the text of this letter and selecting copy then paste from the edit menu. Fill in the Subject, this will be the header that everyone sees as they scroll through the list of postings in a particular group, click the post message button. You're done with your first one! It only takes about 60 seconds to complete postings on message boards after you catch on. REMEMBER, THE MORE NEWSGROUPS YOU POST IN, THE

MORE MONEY YOU WILL MAKE!!
You don't need to post to 200 groups (but you certainly can if you want to, since the more you post the more you make!!). This really works and is legitimate!! Just post it where at least 50 people will see it. Do it as many times as you can.
Now the fun happens! Other people will see your posting and do the exact same thing, bringing you lots and lots of dollars!! Seriously, it's common sense….you do it and 25 or more people see and do the same thing… so on and so forth…everyone wins! ACT FAST AND GET THE GIFT. HONESTY AND INTEGRITY MAKE THIS PLAN WORK!! DO UNTO OTHERS AS YOU WOULD HAVE THEM DO UNTO YOU!

YOUR NAME COULD CYCLE FOR A LONG TIME! THIS MAKES IT THE GIFT THAT KEEPS ON GIVING.

Remember, all of this is ABSOLUTELY LEGAL! You are creating a service! If you have any doubts, please refer to Title 18 Sec. 1302 & 1241 of the United States Postal laws.

People have said, what if the plan is played out and no one sends you the money? So what are the chances of that happening when there are tons of new honest users and new honest people who are joining the internet and newsgroups everyday and are willing to give it a try? Estimates are at 20,000 to 50,000 new users, every day, with thousands of those joining the actual Internet.This program remains successful because of the honesty and integrity of the participants. Please continue its success by carefully adhering to the instructions. In this business your product is not solid and tangible, it's a service.

This is excellent easy, fast money to start or expand a business, buy your dream home, car and pay off whatever bills you may have.
Good luck and try it now! It works -it really works!!!!!!

Alert                                                    Edit | Reply | Reply With Quote | Top


Table of contents

- receipts Gucci Neiman Marcus Chloe Coach..., **celebbags**, 01:48 AM, Jul-14-07, (1)

Lobby | Topics | Previous Topic | Next Topic

Messages in this topic

**celebbags** ▣ ☞                                        Jul-14-07, 01:48 AM (EST)

## 1. "receipts Gucci Neiman Marcus Chloe Coach Tiffany Eluxury Vuitton Fendi Chanel Hermes"

Have you lost a receipt for a designer handbag, Jewelry, Watch, Clothing etc... ? Do you need to make a new receipt for your item to prove to your friends or whoever that it is authentic?

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL
& MONEYBOOKERS ACCEPTED CONTACT ME AT NAPAGIRL77@GMAIL.COM FOR

Webmaster and SEO Forum - Internet Marketing, Text Link Exchange and Text Link Ads Buy and Sell Forums > Buy, Sell or Trade > Design > Need designer brand receipts handbags wholesale for ebay?

PDA

**View Full Version : <u>Need designer brand receipts handbags wholesale for ebay?</u>**

---

**designerreceipts**                                                                07-16-2007, 03:26 AM

Have you lost a receipt for a designer handbag, Jewelry, Watch, Clothing etc... ? Do you need to make a new receipt for your item to prove to your friends or whoever that it is authentic?
view more info here:
http://vuitton-fendi-gucci-elux-receipts.blogspot.com/

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL & MONEYBOOKERS ACCEPTED CONTACT ME AT celebbags@hotmail.com FOR PAYMENT INFORMATION. THE DESIGNER RECEIPT TEMPLATES ARE AVAILABLE...

Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes

Also have a designer handbag wholesale dropshippers list for sale just ask.

---

**Mr. G**                                                                           07-16-2007, 05:16 AM

WOW...You are not even trying too hard to make your scam look legitimate.

---

**football lover**                                                                 07-16-2007, 05:16 AM

i think taht is illegal

---

vBulletin® v3.6.7, Copyright ©2000-2007, Jelsoft Enterprises Ltd.

# EC21
*Global B2B Marketplace*

Home > Buy > Companies > Celebbags

Sign In I Join Free I ⁄ ⋏ Messenger I Mail I ⍾ Inquiry basket ( 0 )

Search all suppliers | Search

| Buy | Sell | My EC21 | Help |

## Celebbags

» HOME

◈ Company Info

## [ Company Profile ]

◔ Add to Basket  ⊠ Inquire now

Have you lost a receipt for a designer handbag, Jewelry, Watch, Clothing etc... ? Do you need to make a new receipt for your item to prove to your friends or whoever that it is authentic?

RECEIPT TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL
& MONEYBOOKERS ACCEPTED PAYPAL PAYMENT GOES TO: CELEBBAGS at HOTMAIL.COM
THE DESIGNER RECEIPT TEMPLATES ARE AVAILABLE...

Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton, Fendi, Chanel, & Hermes

[ Buying Categories ]

- Clothing, Textiles, and Accessories   >>   Clothing and Apparel

[ Selling Categories ]

- Clothing, Textiles, and Accessories   >>   Clothing and Apparel
- Clothing, Textiles, and Accessories   >>   Luggage and Travel
- Computer and Electronics   >>   Software

| ⊠ Registration Date | 2007/07/15 (Year/Month/Date) |
|---|---|
| ⊠ Buyer / Seller in EC21 | Both |
| ⊠ Business Type | Distributor/Wholesaler |
| ⊠ Year established | 2003 |
| ⊠ Employees total | 1 - 5 |

EC21 - Celebbags - Company Info

| Annual revenue | Less than USD 100,000 |
| --- | --- |

**[ Contact Info ]**

| Company | Celebbags |
| --- | --- |
| Address | 1234 celeb st beverly hills ca USA |
| Phone | 1 - 925 - 5474 |
| Fax | 1 - 454 - 5859 |
| Homepage | vuitton-fendi-gucci-elux-receipts.blogspot.com/ |
| Contact | CELEB / ☒ Inquire now / Leave me a message |

☐ Add to Favorites   Print   ◇ Recommend to My Friends

Copyright (c) EC21, Inc. All rights reserved.

Yahoo!  My Yahoo!  Mail    Make Y! your home page

Search: [                    ]    **Web Search**

# YAHOO! MESSAGE BOARDS

Welcome, **dmjaquette**
[Sign Out, My Account]

Message Boards Home  -  Help

Welcome to the new Yahoo! Message Boards - Send us feedback

## Work At Home

Message Boards Settings

Search : [                    ] in [ Work At Home board    ▼]

[ Search ]

▷ Advanced Search

Yahoo! Message Boards > Business & Finance > Work At Home

**View all Topics** | **View all Messages**    < Newer Topic | Older Topic >

ADVERTISEMENT

FOOTBALL '07
Ⓨ! FANTASY SPORTS

WE DON'T
DROP THE
BALL

CHAD
JOHNSON
85
replay    NFL PLAYERS

Sign up now!

YAHOO!
SPORTS

**Handbag Receipts Gucci Neiman Chloe Coach Tiffany Eluxury Vuitton Fendi Chanel & Hermes**    (Not rated)

14-Jul-07 02:11 am

I have 10 DESIGNER BRAND RECEIPT TEMPLATES FOR SALE
YOU CAN SEE THE DETAILS HERE:
http://vuitton-fendi-gucci-elux-receipts...
PAYPAL, CREDIT CARDS, MONEYBOOKERS! YOU WILL GET
THE MOST UP TO DATE VERSIONS EMAILED TO YOU RIGHT
AWAY!RECEIPT TEMPLATES FOR SALE $15 FOR ONE
DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL &
MONEYBOOKERS ACCEPTED CONTACT ME AT
NAPAGIRL77@GMAIL.COM FOR PAYMENT INFORMATION.
THE DESIGNER RECEIPT TEMPLATES ARE AVAILABLE...
Gucci, Neiman Marcus, Chloe, Coach, Tiffany, Eluxury, Vuitton,
Fendi, Chanel, & Hermes
YOU CAN REACH ME AT: NAPAGIRL77@GMAIL.COM

designerreceipts

View Messages
Ignore User
Report Abuse

**Rate it:**

[ Reply ]

< Previous Message |    Next Message >

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1    First | < Prev | Next > | Last

## Messages in Topic

View messages rated: [ 2 stars + unrated ▼ ]    What's this?

| Subject | Author | Rating | Time of Post (ET) |
|---|---|---|---|
| Handbag Receipts Gucci Neiman Chloe Coach Tiffany Eluxury Vuitton Fend... | designerreceipts | No ratings | 14-Jul-07 02:11 am |

**View:** Simple | Summary | Expanded
**As:** Threaded | Msg List

Page 1 of about 1    First | < Prev | Next > | Last

< Newer Topic | Older Topic >

Copyright 2007 © Yahoo! Inc.  All rights reserved. Terms of Service - Copyright/IP Policy - Send Feedback - Help
We collect personal information on this site. For more information please see our Privacy Policy.

iOffer Profile: napagirl (2) Welcome to NapaGirl77atgmaildotcom Pad!

**BUY & SELL YOUR VIRTUAL GAMING ITEMS**
**HERE ON iOFFER**

Home

Buy        Sell      **Community**      Help

Forgot username

| Members ▾ | Search | Options |

🖳 **Profile**   🖳 **Photos**   🔍 **Rating**   🖼 **My Clubs**          ˙˙˙ **My Items for Sale**

😊 **napagirl (2)**   🏛 6 Clubs

Napa, CA 94558- Member since 3/20/2007 **Last Login:** Today

**napagirl's Store**

Search this Store 



*I have designer receipt templates for sale!*

📝 **Leave a comment**

🧑 **Add to Friends**

✉ **Contact Me**

👥 **10 Friends**
🎫 **2 Items for Sale**
🔍 **4 Topics Posted**
📢 **2 Want Ads Posted**
🖼 **17 Pictures**

🖳 **My Want Ads**

### Welcome to NapaGirl77atgmaildotcom Pad!

**HI! I am a designer addict and will be adding many celebrity /Hollywood items to my listings so check back and see! I have Designer receipts take a look at my photos!**

**What I like to sell:** bags & Jewelry

🖼 **My Photos**



🖼 **17 Pictures**

iOffer Profile: napagirl (2) Welcome to NapaGirl77atgmaildotcom Pad!

**V3 razr ringtone dow...**

Hi all! i am looking for a sof...

**Have vuitton mezzo &...**

Hi! i have a louis vuitton mez...

## 🖼 My Friends

    

angieadms    inspiredbybags    babybelle    aoom16    aberkutie

    

toocutechic03    lola1419    inuet8    denisepp    thingdotcom

🖼 **10** Friends     Add to Friends

## 🖼 My Clubs

 **Trading Divas**
Founder: 🙂 mollygirlel (61)

 **Designer Handbag Addict**
Founder: 🙂 reynatejana (16)

 **The Bag Hag**
Founder: 🙂 designerluxuriesinc (407)

 **happydays**
Founder: 🙂 miloeverday (0)

 **Wholesale Fashion**
Founder: 🙂 imitationcreations (13)

## 💬 Comments

 i have left you a message on your emails ...regards lola  Apr-17-2007
🙂 lola1419 (4)

 napa girl please save me. I need the all of your products. Hermes I need today. ASAP!!!!! Please contact me and tell me what I have to do. Thanks a million.  Apr-16-2007
🙂 scorpolicious (7)

Hello, I wanted to know how much a Chanel reciept runs, I didnt see prices. Thank u! 🙂  Apr-14-2007

iOffer Profile: napagirl (2) Welcome to NapaGirl77atgmaildotcom Pad!

 jackiesgirl (0)

 Hello Napagirl,

I would like to but the Chloe template, when I went to pay through pay pal, the request wasn't their. I would like to buy them today!!! Thank you so much I look forward to hearing from you!!!
😊 😊 😊  Apr-14-2007

sexxyycj (0)

 Leave a Comment

---

📖 **Items for Sale**          **2** Items in **napagirl's** Store

     

JESSICA          Brittany Spears
SIMPSON          ENGAGEMEN
Princess          **$25.00**

Slow ▾  ⏮ ⏪ ◀ ⏸ ▶ ⏩ ⏭

---

 Leave Comment    Add to Friends    Contact Me    Items for Sale


Systems Managed by
INTRASERVE   VeriSign™

Copyright © 2001-2007 iOffer. All rights reserved.

Home | Announcements | About Us | Contact Us | Privacy Statement | User Agreement | Site Map | Help



NETFLIX

PlanetOut.com

| Topics | People | Personals | My Planet | Shopping | Entertainment | News | Travel |

⊙ Click here

Search

**Login Now**
Member Name:

Password:

☑ Save name and password

Log Me In!

Forgot login/password?
Not a member?
JOIN NOW! Go

- ⬗ Community Centers
- ⬗ Message Boards
- ⬗ Personals
- ⬗ Postcards
- ⬗ Chat
- ⬗ Horoscopes
- ⬗ Ask Betty

# Message Boards

Message Board: **High Fashion!**

>>Respond To This Message

◄ <<Previous Message    Back to Postings    Next Message>> ►

| Subject | Author | Date |
| --- | --- | --- |
| **TWO THINGS YOU NEED TO MAKE QUICK $$$$ I HAVE THEM!** | napagirl | **Mon Feb 26 12:14:35 PST 2007** |

DO YOU NEED TO MAKE FAST CASH ON ONLINE AUCTIONS LIKE EBAY? I HAVE BEEN DOING IT FOR YEARS!
1. WHOLESALE DROP SHIPPERS LISTS
2. DESIGNER RECEIPT TEMPLATES
IF YOU WANT TO KNOW MORE...check my listing out @:
http://www.ioffer.com/users/missywagn
OR Email me at mrs_melis@yahoo.com
HI DROP BY MY STORE! I accept paypal! Check out my items and photos I
have lots of stuff, RECEIPT TEMPLATES: HERMES, GUCCI, NEIMAN MARCUS,
CHANEL, FENDI VUITTION ELUX(the correct one) & CHLOE! PRIMP SETS
HANDBAGS... I have a huge designer source list ask me about it!

>>Respond To This Message

◄ <<Previous Message    Back to Postings    Next Message>> ►

- • Message Board Central
- • You Need to Join PlanetOut to Post

Exhibit 5

# Chloé

## PARIS

54, 56 Rue du Faubourg Saint-Honoré
75008 PARIS FRANCE
Tel. + 33 (0)1 4494 3300

SALE

SALES ASSOCIATE NO: 31545825

028567HK88                              11.55AM

CHLOÉ PADDINGTON    (1)        EUR 1,045.00
C8302/P50847  NUTMEG/ LEATHER

SUB TOTAL                      EUR 1,045.00


TOTAL                          EUR 1,045.00

ITEM SOLD (1)
ITEM RETURNED (0)

VISA XXXX XXXX XXXX 4926
EXP DATE 08/07

SALE APPROVED EUR 1,045.00
VAT INCLUDED

CLIENT NAME
MRS.STACI SANDS
CLIENT NUMBER 92711892702



09/25/2006
TRANSACTION NUMBER 00827787260526

CHLOÉ FRANCE
Goods must be in original packaging and condition.
Subject to examination.
Seasonal items must be exchanged within 7 days
No cash refunds


THANK YOU, HAVE A NICE DAY!

# Chloé

## PARIS

54, 56 Rue du Faubourg Saint-Honore
75008 PARIS FRANCE
Tel. + 33 (0)1 4494 3300

SALE

SALES ASSOCIATE NO: 31545825

028567HK88                                11.55AM

CHLOE SILVERADO SQUARE TOTE  (1)   EUR 1,100.00
C8451/P50952  PUTTY / LEATHER

SUB TOTAL                          EUR 1,100.00

TOTAL                              EUR 1,100.00

ITEM SOLD (1)
ITEM RETURNED (0)

VISA XXXX XXXX XXXX 4926
EXP DATE 08/07

SALE APPROVED EUR 1,100.00
VAT INCLUDED

CLIENT NAME
MRS.STACI SANDS
CLIENT NUMBER 92711892702



09/25/2006
TRANSACTION NUMBER 00827797260526

CHLOE FRANCE
Goods must be in original packaging and condition.
Subject to examination.
Seasonal items must be exchanged within 7 days
No cash refunds

THANK YOU, HAVE A NICE DAY!

# Chloé

## PARIS

54, 56 Rue du Faubourg Saint-Honoré
75008 PARIS FRANCE
Tel. + 33 (0) 1.4494 3300

SALE

SALES ASSOCIATE NO: 31545825

028567HK88                                    11.55AM

CHLOE PADDINGTON    (1)           EUR 1,045.00
C8302/P50847  NUTMEG/ LEATHER

SUB TOTAL                         EUR 1,045.00

TOTAL                             EUR 1,045.00

ITEM SOLD (1)
ITEM RETURNED (0)

VISA XXXX XXXX XXXX 4926
EXP DATE 08/07

SALE APPROVED EUR 1,045.00
VAT INCLUDED

CLIENT NAME
MRS.STACI SANDS
CLIENT NUMBER 92711892702

09/25/2006
TRANSACTION NUMBER 00827797260526

CHLOE FRANCE
Goods must be in original packaging and condition.
Subject to examination.
Seasonal items must be exchanged within 7 days
No cash refunds

THANK YOU, HAVE A NICE DAY!



Patrick Sands

Cardinal Buying Group
3611 Mt. Holly Huntersville Rd
Suite 204-380, CHARLOTTE
NC 28216 USA

Exhibit 6

Chloé



PARIS

54,56 Rue Du Faubourg Saint-Honore
75008 PARIS FRANCE
Tel. + 33 (0)1 4494 3300

SALE

SALES ASSOCIATE NO: 31545825

0285567HK88                               2.35PM

CHLOE PADDINGTON WHITE   (1)      EUR 980.88
4SSA15-4S404 LEATHER

TOTAL                             EUR 1,220.00

ITEM SOLD (1)
ITEM RETURED (0)

VISA XXXX XXXX XXXX 2713
EXP DATE 07/08

SALE APPROVED EUR 1,220.00
VAT INCLUDED

CLIENT NAME
MS JACQUELINE FIELD
CLIENT NUMBER 92711892702



07/12/2004
TRANSACTION NUMBER 00827797260526

CHLOE FRANCE
Goods must be in original packaging and
condition.
Subject to examination.
Seasonal items must be exchanged within 7 days.
No cash refunds

THANK YOU, HAVE A NICE DAY!

Thanks for buying my template for Chloe receipts. This template was made completely by myself and is a replica of an original boutique receipt. You can now customise this for yourself by changing the store address, bags style, price, date ect.

Chloe receipts are printed on standard A4 paper. You should cut it to this size:

W 15" x  H 19.5"

As stated in the ad, I give you full rights to print and sell these receipts, but I do not give the rights to resell the template.

Enjoy!

Exhibit 7

# Chloé

## NEW YORK

850 Madison Avenue, New York City
10021 NEW YORK U.S.A.
Tel. + 1 (212) 717 8220

SALE

SALES ASSOCIATE NO : 31545825

028567HKB8                          11.55AM

CHLOE PADDINGTON   BROWN (1)
                                        USD
1595.00
C8302/P50849   LEATHER

SUB  TOTAL                           USD
1595.00

TOTAL                               USD
1595.00

ITEM    SOLD    (1)
ITEM    RETURNED    (0)

AMERICAN  EXPRESS
CARD   NUMBER  HHHH  HHHH  HHHH  6390
EXP  DATE   08/06

SALE  APPROVED  USD 1595.00

CLIENT   NAME
MRS.  BANAMOU SABRINA
CLIENT NUMBER  92711892712

27/09/2005
TRANSACTION  NUMBER  0082779726052.6

CHLOÉ  FRANCE
Goods must be in original packaging and condition.
Subject to examination.
Seasonal items must be exchanged within 7 days
No cash refunds

THANK YOU.  HAVE A NICE DAY!

Exhibit 8

---------- Forwarded message ----------
From: **napagirl** <napagirl77@gmail.com>
Date: Aug 9, 2007 1:38 PM
Subject: Re:
To: Fadi Beltran <fadi.beltran@gmail.com>

I sell bags but not wholesale prices.


On 8/9/07, **Fadi Beltran** <fadi.beltran@gmail.com > wrote:
> Hi napagirl77,
>
> I sent you an e-mail a couple of days ago and was wondering if you sell luxury bags as well or just the
> receipt templates?
>
> Thanks,
>
> Fadi



--
http://suspendedfromebay.blogspot.com/
http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
www.HollywoodHardwear.com

9/26/2007

**From: napagirl** <napagirl77@gmail.com>
To: Fadi Beltran <fadi.beltran@gmail.com>
Date: Sun, Aug 19, 2007 at 12:32 PM

Ok I talked to my supplier last night the bag is in stock and ready to
go, I paid for the bag this morning but the supplier is on the
opposite time zone from me so communication takes a full day. I will
have him email me tracking info as soon as it ships which should be
tomorrow night? Delivery takes up to 10 days. Do you want me to use
your paypal address? I need your shipping address. Thank you and I
will keep you posted! ~NapaGirl~
P.s Would you like the receipt template now?

[Quoted text hidden]

---------- Forwarded message ----------
From: **napagirl** <napagirl77@gmail.com>
Date: Sep 10, 2007 1:21 PM
Subject: Re: My package went to Georgia
To: Fadi Beltran <fadi.beltran@gmail.com>

I think PP waits until the end of the day on the 10th so they should
refund me tonight I HOPE. I want to place an order for some bags from
a Tse agent (trustable) anyway so, I was thinking I could place my
order for the 2 bags I need to order and also order your Chloe, I need
them delivered to me so I can get my bags too. When I get my bags (she
said 6 days for delivery) I would provide the tracking info as I
receive it, then I would priority ship (2 days to you) or you could
pay for over night delivery if you wanted. Here is what she has....
TAN:
[IMG]http://i209.photobucket.com/albums/bb308/Designer-Inspired-Bag-offer/Chloe%
20Paddington/tan.jpg[/IMG]
WHISKEY TAN:
[IMG]http://i209.photobucket.com/albums/bb308/Designer-Inspired-Bag-offer/Chloe%
20Paddington/s_3256.jpg[/IMG]
HERE ARE THE CHLOE EDITH BAGS THAT SEEM TO BE HOT OB EBAY...
[IMG]http://i209.photobucket.com/albums/bb308/Designer-Inspired-Bag-offer/Chloe%20edith%20%
20/whiskeytan.jpg[/IMG]

Let me know what you want do and I will do it, I really do apologize
for the hassle. I got a hold of the guy a couple days ago and he said
that a worker of his walked out on him, he said that the worker was
the one who took the lost bags to the post office, and the same guy
that quit changed his pp password and stole from him. I dont know if I
believe him but what can I do.

From: **Fadi Beltran** <fadi.beltran@gmail.com>
Date: Sep 10, 2007 4:28 PM
Subject: Re: My package went to Georgia
To: napagirl <napagirl77@gmail.com>

Can't you just order the same bag for me. I can't open the links to see the photos, but tan or whiskey tan
is ok. Hurry please.


On 9/10/07, **napagirl** <napagirl77@gmail.com > wrote:
I think PP waits until the end of the day on the 10th so they should
refund me tonight I HOPE. I want to place an order for some bags from
a Tse agent (trustable) anyway so, I was thinking I could place my
order for the 2 bags I need to order and also order your Chloe, I need
them delivered to me so I can get my bags too. When I get my bags (she
said 6 days for delivery) I would provide the tracking info as I
receive it, then I would priority ship (2 days to you) or you could
pay for over night delivery if you wanted. Here is what she has....
TAN:
[IMG]http://i209.photobucket.com/albums/bb308/Designer-Inspired-Bag-offer/Chloe%
20Paddington/tan.jpg[/IMG]
WHISKEY TAN:
[IMG]http://i209.photobucket.com/albums/bb308/Designer-Inspired-Bag-offer/Chloe%
20Paddington/s_3256.jpg[/IMG]
HERE ARE THE CHLOE EDITH BAGS THAT SEEM TO BE HOT OB EBAY...
[IMG]http://i209.photobucket.com/albums/bb308/Designer-Inspired-Bag-offer/Chloe%20edith%20%
20/whiskeytan.jpg[/IMG]

Let me know what you want do and I will do it, I really do apologize
for the hassle. I got a hold of the guy a couple days ago and he said
that a worker of his walked out on him, he said that the worker was
the one who took the lost bags to the post office, and the same guy
that quit changed his pp password and stole from him. I dont know if I
believe him but what can I do.

On 9/10/07, Fadi Beltran < fadi.beltran@gmail.com> wrote:
> Hi napagirl, i want to hear some good news from you about my bag but don't
> keep me waiting too long!
>


9/27/2007

> On 9/4/07, napagirl < napagirl77@gmail.com> wrote:
> >
> > I feel like he gave me the first tracking number he could find because
> > I was pestering him daily about the package so he wanted me off his
> > back, so he gave me another customers number that happened to be one
> > going to Georgia! I opened a dispute with Paypal before I left on
> > vaca. hoping that would have put some heat on him and it would be
> > cleared up by the time I got back...not the case! So, I escalated the
> > Paypal case and it will close on Sept 10th if he has not provided the
> > bag to your address by that day then Paypal will give the funds back
> > to me and I will give them back to you.
> > I would refund you at this moment but my fear is that the bag may be
> > on its way to you.
> > I do not conduct business in an unprofessional manner like this, it is
> > ridiculous and it's actually really stressing me out! I am very sorry
> > for the trouble this has been and I look forward to wrapping this
> > nightmare up shortly.
> > Sincerely,
> > NapaGirl
> >
> > --
> > http://ebaysellertools.blogspot.com/
> > http://vuitton-fendi-gucci-elux-receipts.blogspot.com/
> > http://hollywoodhardwear.com/
> > If you find these links helpful please feel free to subscribe to them
> > for any new updates on the information provided. Thank you ~NapaGirl~
> >
> 


--
http://fendi-lv-chanel-coach-receipt-maker.blogspot.com/
http://suspendedfromebay.blogspot.com/
http://hollywoodhardwear.com/
If you find these links helpful please feel free to subscribe to them
for any new updates on the information provided. Thank you ~NapaGirl~

Exhibit 9

Designer boutique handbag receipt template download For Sale

http://www.ioffer.com/i/Designer-boutique-handbag-receipt-template-download--27034261



**iOffer**
A Place to Buy, Sell & Trade

Import your items and rating from eb y and other sites.

🛒 Buy    🏷 Sell    📋 Want Ads    🏛 Community    ❓ Help

Hello, Guest Sign In | Register

Clothing & Accessories    Movies & Television    Jewelry & Watches    Electronics    Collectibles    More Categories ▾

All Categories ▾    [ Search ]    History ▾

Designer boutique handbag receipt template download - For Sale: $15.00 (#27034261) - Listed: 10-24-07 - Viewed: 36

🗂 Clothing & Accessories > designer handbags

## Designer boutique handbag receipt template download

**Meet the Seller**

luvlouie2 (24)

Member Since: Jun 14, 2007
Location: Napa, CA 94559
Last Login: Today

📞 24 (Paid)    ⓘ 0 (30 days)

📖 Read feedback details
👁 View seller's other items

🛒 Buy Now

💲 Make an Offer

❓ Ask Question

🛒 Add to Cart    1 ▾

🔄 Let's Swap

**View Questions & Offers**

👁 *** seller's other items

Designer boutique handbag r...
No image available
$15.00

Quantity:    93 available

Asking price:    **$15.00**

Shipping:    Seller Pays

Seller Accepts:    [card icons]    **PayPal**

Will ship to:    See Description

🛒 **BUY NOW**

Other Actions ▾

## DESIGNER store/boutique RECEIPT & ENVELOPE TEMPLATES

*Have you lost a receipt for a designer handbag, Jewelry, Watch, Clothing etc... ? Do you need to make a new receipt for your item to prove to your friends or whoever that it is an authentic item?*

DOES YOUR ELIXURY SAY "TOOL–FREE" OR "TOLL–FREE" AT THE BOTTOM OF THE RECEIPT IF IT DOESNT SAY "TOLL–FREE" THEN YOU NEED TO BUY THE ELIX TEMPLATE FROM ME! ITS CORRECT! ALSO GIVE YOU THE TRUCK STYLE RECEIPT WITH YOUR PURCHASE OF THE LVEE DESIGNER!

*Make as many as you want for as many different items as you need with this template download.*

TEMPLATES FOR SALE $15 FOR ONE DESIGNER AND $69 FOR ALL 10 DESIGNERS. PAYPAL, MONEYBOOKERS, & CREDIT CARDS THROUGH GOOGLE ACCEPTED.PAYPAL PAYMENT GOES TO: designerreceipts@yahoo.COM

10 MAJOR DESIGNER'S RECEIPTS AND PAPER WORK AVAILABLE! TO FIND OUT WHICH ONES THEY ARE SEE THE PAYPAL DETAILS.

DOES YOUR ELIXURY SAY "TOOL–FREE" OR "TOLL–FREE" AT THE BOTTOM OF THE RECEIPT IF IT DOESNT SAY "TOLL–FREE" THEN YOU NEED TO BUY THE ELIX TEMPLATE FROM ME! ITS CORRECT! ALSO GIVE YOU THE TRUCK STYLE RECEIPT WITH YOUR PURCHASE OF THE LVE

I will email you the templates once payment is received so you can get started, Emailing the documents to you is the cheapest and fastest way for you to receive the files because of the extra shipping & disk cost I think it is a better way to buy from me. Just let me know where you need them sent.

The templates are easily edited in Microsoft Word and it is VERY user friendly, You simply type over the information provided on the templates with your needed info such as: Buyer name, payment method, item etc...

Included with your purchase of the total package:
Instructions with descriptive paper info such as: Size, type, & where to find it.
Important date code info & Buyers Guide doc's
Receipt envelopes
Multiple receipt styles when available.

GET THEM NOW AND START DOUBLING YOUR PROFITS!

At only $69.00 for the complete package you are getting a savings of $80 opposed to purchasing one designer at a time at $15ea you are saving $80 on all of the templates.

MAKE YOUR MONEY BACK IN THE SALE OF 6 SINGLE RECEIPTS AT $10EA!!!

TEMPLATES ARE NOT FOR RE–SELL ONLY PRINTED SINGLE RECEIPTS.

THANK YOU!

🗂 Items for Sale    🛒 iOffer Live Items    📋 Want Ads    📷 Snag a Sale    👥 Members

[ Search ]

**Can't Find it? Post a Free Want Ad** ✏

Post a FREE Want Ad and let the entire world know what you're looking for.

Copyright © 2001–2007 iOffer. All rights reserved.
Home | Announcements | About Us | Privacy Statement | User Agreement | Site Map | Help

VeriSign

Designer boutique handbag receipt template download For Sale

http://www.ioffer.com/i/Designer-boutique-handbag-receipt-template-download--27334361

## Questions & Offers

From :| zip-up (7)   Last Login Today ● 7 (Total) ● 0 (30 days)   Click_New Zealand   Aug. '07
Buyer

Offer: Oct 10, 2007 10:42 PM
Price:  $15.00  Qty:  3 (I'll pay add'l shipping costs)  Total: $45.00
I need 3 templates. 1: Cebo 2: Eleaury 3: Neiman Marcus
Please accept my offer and will send you payment by paypal immediately

Buyer :| chinkee12 (J.J)   Last Login 2 weeks ago ● 54 (Total) ● 0 (30 days)   Mississauga, ONTARIO, Canada   Oct. '04
Seller

Offer: Oct 10, 2007 4:41 PM
Price:  $15.00 (Shipping costs included in offer)
its $15 per designer or $99 for all 10 designers check it out or visit my blog site through a web search.

Buyer :| gothandbagz (0)   Last Login more than 1 weeks ago ● 0 (Total) ● 0 (30 days)   Sacramento, CA   Jun. '07
Seller

Offer: Oct 10, 2007 4:29 PM
Price:  $15.00 (Shipping costs included in offer)
Hello I offer the receipt templates $15 for one designer or a much better deal is the Total Package for $69 that includes all 10 designers check the item out while it lasts.
I have a searchable blog site as well 👍👍

From :| realprincess (1)   Last Login Today ● 1 (Total) ● 0 (30 days)   Leerzig, SACHSEN, Germany   Sep. '07
Buyer

Question Oct 9, 2007 1:52 PM
can you show examples of the receipts? I only need LV,Chia&D,Channel and Gucci. how much for these ones and are all instructions included? thanx

Seller

Offer: Oct 9, 2007 2:22 PM
Price:  (Shipping costs included in offer)
they are $15/ea designer, total for 4 designers would be $60 I offer the total package for $69 that includes the 4 you specified plus 6 extra designers. Accept this offer then ioffer will give you my info and I will have yours then I can send u photos ect.

Buyer

Question Oct 9, 2007 4:05 PM
thanx 4 ur fast response. I am very interested, but obviously I would need to see the photos b4 accepting offer. Can u show photos? If quality is good shouldn't be a problem. Thanx 😊

Seller

Response Oct 9, 2007 4:20 PM
If you want to see the photos & details please go to the underlined words in the item k?

Buyer

Question Oct 10, 2007 2:28 AM
I bought the templates from another seller here and was ME that spotted the Text free error on the Elux template! Can you do me the package for $60 pleez? 😊 Pm in Germany and it's extremely hard to find right paper without watermarks. *All* hole punch!

Seller

Offer: Oct 10, 2007 9:40 AM
Price:  $60.00 (I'll pay add'l shipping costs)
These are templates so they come to you in files that you save, edit, and re-use as many times as you like. I give you links to the paper companies you can get the paper from, the links are in the instructions. Thank you for inquiring.

From :| rahjongg (357)   Last Login Today ● 363 (Total) ● 0 (30 days)   Bellevue, NJ   Oct. '07
Buyer

Offer: Oct 9, 2007 5:19 AM
Price:  $15.00 (I'll pay add'l shipping costs)
hwill give you $05 for all the templates

Buyer

Question Oct 9, 2007 3:20 AM
are these still for sale, are they receipts or invoices?

Seller

Offer: Oct 9, 2007 11:34 AM
Price:  $15.00 (Shipping costs included in offer)
how about $60 with payment by credit card? That way I dont have paypal fees.

Buyer

✔ Accepted Oct 9, 2007 1:35 PM

**Past Transaction**

Seller   Oct 9, 2007 1:35 PM
📧 Invoice Sent

Buyer   Oct 9, 2007 1:37 PM
how and to what address do I make payment of the 60S to you through google checkout? I hit accept on the offer and it will only let me pay 15 to you

Buyer   Oct 9, 2007 1:37 PM
WB pay with Visa

Buyer   Oct 9, 2007 1:42 PM
Will pay with Visa

Buyer   Oct 9, 2007 1:44 PM
How do I pay you and will you email me them immediately after payment?

Seller   Oct 9, 2007 2:26 PM
read the notes in the invoice. I sent a credit card payment invoice to your gmail.

Seller   Oct 9, 2007 2:51 PM
Got the payment, sending them to you right now, thank you for your purchase it is appreciated!

View All Questions & Offers

Designer boutique handbag receipt template download For Sale

http://www.ioffer.com/i/Designer-boutique-handbag-receipt-template-download--27334261

## Interested in this item?

Buy Now    Make an Offer    Ask a Question    Add to Cart [ 1 ]    Let's Swap

Items for Sale    iOfferLite Items    Want Ads    Snag a Sale    Members

[                    ] Search

### Can't Find It? Post a Free Want Ad

Post a FREE Want Ad and let the entire world know what you're looking for.

VeriSign

Copyright © 2001-2007 iOffer. All rights reserved.

Home | Announcements | About Us | Contact Us | Privacy Statement | User Agreement | Site Map | Help

11/10/07 16:46