UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHLOÉ SAS,                                        :       07 Civ. _____

        Plaintiff,                             :

  -against-                                        :

MELISSA WAGNER d/b/a "NAPAGIRL,"
JOHN DOES I-V and iOFFER, INC.,                   :

        Defendants.                            :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**<u>DISCLOSURE STATEMENT UNDER FEDERAL RULE 7.1</u>**

20720862_1.DOC

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorneys of record for Plaintiff, private non-governmental corporate parties, certify that:

1. Compagnie Financiére Richemont S.A. ("CFR") is the ultimate corporate parent of Chloe' SAS.

Dated:  New York, New York

October 15, 2007

        Respectfully submitted,

        HOWREY, LLP

By: _____
        Ethan E. Litwin
        James G. McCarney
        Amory W. Donnely
        HOWREY, LLP
        Citigroup Center
        153 E. 53rd St, 54th Floor
        New York, NY 10022
        Telephone: (212) 896-6500
        Telephone: (212) 896-6501

        Susan M. Kayser (*pro hac vice* application pending)
        Alan Cooper (*pro hac vice* application pending)
        David M. Jaquette (*pro hac vice* application pending)
        1299 Pennsylvania Ave.
        Washington, DC 20004
        Telephone: (202) 383-0800
        Telephone: (202) 383-6610

        *Attorneys for Plaintiff Chloé SAS*