UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

CHLOE SAS, et al,                                        07 CV 8861 (CSH)(MHD)

        Plaintiffs,

  -against-

MELISSA WAGNER et al.,                    **NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR DEFENDANT IOFFER INC.**

        Defendant.

-------------------------------------------------------------x

**TO THE CLERK OF THE COURT AND TO ALL COUNSEL:**

    **PLEASE TAKE NOTICE** that the address of the attorney for defendant iOffer Inc. has changed to the following:

    Ray Beckerman
    Ray Beckerman, P.C.
    108-18 Queens Boulevard (4th Floor)
    Forest Hills, NY 11375
    Email: ray@beckermanlegal.com
    Phone (718) 544-3434 Fax (718) 559-6584

Dated: New York, New York
       June 18, 2008

    **VANDENBERG & FELIU, LLP**
    Withdrawing Attorneys for defendant iOffer Inc.

    By: _____/s/_____
      Ray Beckerman (RB8783)
    110 East 42 Street
    New York, NY 10017
    (212) 763-6800