UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

CHLOÉ SAS,                                       :

                Plaintiff,           :

      -against-                              :         ORDER FOR
                                                             ADMISSION *PRO HAC VICE*
MELISSA WAGNER d/b/a "NAPAGIRL"   :         ON WRITTEN MOTION
and JOHN DOES I-X,

                                                       :

                Defendants.        :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


Upon the motion of Amory W. Donelly attorney for Chloé SAS and said sponsor attorney's affidavit in support;

IT IS HEREBY ORDERED that

        Alan S. Cooper
        Howrey LLP
        1299 Pennsylvania Ave., N.W.
        Washington, DC
        202-383-7435
        202-383-6610 (FAX)
        coopera@howrey.com

is admitted to practice *pro hac vice* as counsel for Chloé SAS in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF

password as nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:

S O  O R D E R E D:

_____
U. S. D. J.