UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

CHLOÉ SAS,                                          :       07 Civ. _____

      Plaintiff,                                 :       [Proposed] *EX PARTE*
                                                            ORDER GRANTING
  -against-                                        :       EXPEDITED DISCOVERY
                                                            AND
                                                    :       ASSET FREEZE ORDER
MELISSA WAGNER d/b/a "NAPAGIRL,"
JOHN DOES I-V and iOFFER, INC.,                     :

      Defendants.                                :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      Plaintiff, having moved for leave to take expedited discovery of the Defendants named in the Complaint, and having moved to freeze the assets of Defendant Wagner, and having submitted in support an accompanying memorandum of law, it is hereby

      ORDERED, that pursuant to 15 U.S.C. 1116(d)(10)(B) and Rules 30 and 34 of the Federal Rules Of Civil Procedure, Plaintiff be given expedited discovery of Defendants with respect to the design, manufacture, advertising, distribution, importation, receipt, sale and/or offering for sale of counterfeit CHLOÉ receipt templates, counterfeit CHLOÉ receipts, counterfeit CHLOÉ handbags and other merchandise, containers and labels bearing the CHLOÉ trademark including discovery of the source thereof, the creation of such trademarks, the quantity of goods in Defendants custody bearing such trademarks ordered and in inventory and sold by Defendants, and the facilitation of the same, and other matters relevant to this action; and it is further

      ORDERED that Defendant Wagner and any servants, employees, agents and any persons in active concert or participation with her, and any banks, online

DM_US:20819315_1

payment merchants (including but not limited to Paypal), savings and loan associations or other financial institutions, or agencies that engage in the transfer of real property, who receive actual notice of this order by personal service or otherwise, are preliminary restrained and enjoined from transferring, withdrawing, disposing of, or secreting any money, stocks or other assets of Defendant Wagner without prior approval of the Court, which are in the following categories of assets:

- Defendant Wagner's Checking Account with West America Bank, 20 Solano Sq, Benicia, CA 94510 in Checking Account # 014470582.
- Defendant Wagner's online payment account with PayPal, Inc., the identifying information of which will be determined through a subsequent subpoena.
- Any other identifiable account determined through a subsequent subpoena; and it is further

ORDERED that Defendant Wagner shall serve upon Plaintiff's attorneys, within ten (10) days from the date of service of this Order, copies of all accountant's reports, bank statements, online merchant statements (including but not limited to Paypal), certificates of deposit, notes, bonds, checking accounts, trust accounts, money market or GNMA accounts, savings accounts or other financial institution records or documentation showing investments or deposits, and documents indicating title to any real or personal property in Defendant Wagner's actual possession or control.

S O  O R D E R E D:

_____
U. S. D. J.