AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

CHLOE SAS,
    Plaintiff,

**APPEARANCE**

v.

Case Number: 07-CIV-8861 (CSH)(MHD)

MELISSA WAGNER, et al.,
    Defendants.

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHLOE SAS

I certify that I am admitted to practice in this court.

7/10/2008
Date

Signature

Susan M. Kayser
Print Name     Bar Number

Howrey LLP, 1299 Pennsylvania Ave. NW
Address

Washington, D.C.     20004
City    State    Zip Code

(202) 383-7454     (202) 383-6610
Phone Number     Fax Number