AO 458 (Rev. 10/95)   Appearance

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

CHLOE SAS,
    Plaintiff,

v.

MELISSA WAGNER, et al.,
    Defendants.

**APPEARANCE**

Case Number: 07-CIV-8861 (CSH)(MHD)

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

CHLOE SAS

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 7/11/2008 | _[signature]_ |
| Date | Signature |
| | David M. Jaquette |
| | Print Name     Bar Number |
| | Howrey LLP, 1299 Pennsylvania Ave. NW |
| | Address |
| | Washington, D.C.     20004 |
| | City     State     Zip Code |
| | (202) 383-6663     (202) 383-6610 |
| | Phone Number     Fax Number |